Ada SHERRILL, Plaintiff–Appellant,

v.

William HENDERSON, Postmaster General, Defendant–Appellee.

No. 00–2197.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided July 30, 2001.

Gwendolyn R. Bennett, Suitland, MD, for appellant. Stephen M. Schenning, United States Attorney, Nadira Clarke, Assistant United States Attorney, Baltimore, MD, for appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Ada Sherrill appeals the district court's orders granting summary judgment for the Postmaster General and denying reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. We note in particular Sherrill suffered no adverse employment action. *See Von Gunten v. Maryland,* 243 F.3d 858, 865–66 (4th Cir.2001); *Page v. Bolger,* 645 F.2d 227, 233 (4th Cir.1981) (en banc). Further, we find the district court did not abuse its discretion in denying Sherrill's motion for reconsideration. *See Collison v. International Chem. Workers Union,* 34 F.3d 233, 236 (4th Cir.1994).

Accordingly, we affirm both orders on the reasoning of the district court. *See Sherrill v. Henderson,* No. CA–99–3405–PJM (D. Md. July 12 & Aug. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*